C/F Deft
C/M Govt.

D&F

111 Broadway, Suite 1305
New York, NY 10006
212.264.9940
Fax 212.346.4665
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

May 22, 2007

Hon Joanna Seybert
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-9014
**By Facsimile**

**Re: United States v. Krzysztof Czekaj,**
**06 Cr. 130 (JS)** Deft #2)

Dear Judge Seybert:

I am the attorney retained to represent the above-referenced defendant who was sentenced by this Court to a term of three years Probation on April 13, 2007. Pursuant to the bail package that was set by the court prior to the defendant's release, the Court ordered among other things that the defendant surrender his passport to the Pre-trial Services Office.

On May 8, 2007, counsel made an apllication to this Court for a Memorandum Order authorizing the Pre-trial Services Agency to return Mr. Czekaj's passport to him for his use in proceedings in Immigration Court. This Court issued the requested Order by memorandum endorsing counsel's letter. Mr. Czekaj has informed the undersigned that the Pre-trial services Agency is requesting the return of the Passport. Mr. Czekaj's immigration attorney has informed Mr. Czekaj that they will require possession of the passport throughout the immigration case for each court appearance. Mr. Czekaj's Supervising Probation Officer suggested to Mr. Czekaj that he request that counsel make application to the Court.

Accordingly, to obviate the necessity of serial applications to the Court, counsel requests that the Court endorse this letter so as to allow Mr. Czekaj to retain possession of his passport until the resolution and conclusion of Mr. Czekaj's immigration case.

I thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

Neil B. Checkman

/NBC

Defendant's application is GRANTED.

SO ORDERED:

Joanna Seybert, USDJ
Dated: May 23, 2007
Central Islip, NY

THIS IS A TELECOPY FROM THE LAW OFFICES OF

**NEIL B. CHECKMAN, ESQ.**
**111 BROADWAY, Suite 1305**
**NEW YORK, NEW YORK 10006**
**(212) 264-9940**
**FAX: (212) 346-4665**

**Fax Number:** 631-712-5611

**Phone Number:** ______

**Date/Time:** 5/22/07

**From:** Neil Checkman

**Message to:** HON. JOANNA SEYBERT

**Client Name:** KRZYZSTOF CZERAT

**Firm:** USDJ-EDNY

**No. of Pages (including cover)** 3

**This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. THANK YOU.**

[ ] **The original of the transmitted document will be sent by:**

- [ ] **Ordinary Mail**
- [ ] **Messenger** [ ] **By Hand**
- [ ] **Overnight Mail**

[✓] **This will be the only form of transmittal.**

**Message:**

______

**If any difficulty is experienced with this transmission, please contact this office at (212) 264-9940.**

*************** -COMM. JOURNAL- ****************** DATE MAY-23-2007 ***** TIME 12:27 ********

MODE = MEMORY TRANSMISSION START=MAY-23 12:26 END=MAY-23 12:27

FILE NO.=469

| STN NO. | COMM. | ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | * | 9-12123464665 | 003/003 | 00:00:30 |

-JUDGE SEYBERT -

************************************* - - ***** - - *********

**Honorable Joanna Seybert**
U.S. District Court, Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza, PO Box 9014
Central Islip, NY 11722
Telephone: (631) 712-5610

**FAX COVER SHEET**

TO: Neil Checkman Esq

**FROM:** Charles Baran

**DATE:** 5/23/2007

**RE:** Czekaj

**NUMBER OF PAGES** (including cover page): 3

**SUMMARY:** Application granted. Please inform Probation and Pretrial.

**CONFIDENTIAL FACSIMILE COMMUNICATION**

The information contained in this facsimile message, and any and all accompanying documents constitutes confidential information. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the above number to make arrangements for its return to us.